ACCEPTED
01-13-00942-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/29/2015 4:27:34 PM
CHRISTOPHER PRIN
CLERK

**CAUSE NO. 01-13-00942-CR**

IN THE FIRST COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/29/2015 4:27:34 PM
CHRISTOPHER A. PRINE
Clerk

ERIC DESHAYN TENNELL, APPELLANT

VS.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 179th Criminal District Court

of Harris County, Texas, Cause No. 1338512

Honorable Kristen Guiney, Judge Presiding

CERTIFICATE OF COMPLIANCE

Deborah Summers
11210 Steeplecrest, Ste 120
Houston, Texas 77065
State Bar No. 19505600
(281) 897-9600
(832) 788-7525
summerspc@sbcglobal.net

Counsel for Appellant

# CERTIFICATE OF COMPLIANCE

Pursuant to Rule 6.5(c), the undersigned counsel certifies that she has complied with Rule 6.5 ( c) and has attached the following packet as the information that she sent to Appellant, Eric Tennell on January 29, 2015 by certified mail and by first class mail to his current address of 4250 Hwy 202, Garza West, Beeville, Texas 78102.

/S/ Deborah Summers

Deborah Summers